**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: : | |
| RESERVOIR CORPORATE GROUP, LLC: | CHAPTER 11 |
| DEBTOR : | CASE NO. 09-51706 |
| : | DECEMBER 3, 2009 |

**OBJECTION TO MOTION OF CSFB 2001-CP4 RESEARCH DRIVE LLC TO DISMISS CHAPTER 11 CASE OR IN THE ALTERNATIVE FOR RELIEF FROM THE AUTOMATIC STAY**

The debtor in the above entitled matter respectfully Objects to the Motion to Dismiss of the Secured Creditor, CSFB 2001-CP4 Research Drive, LLC (hereinafter "Secured Creditor"). The Debtor further Objects to Relief from the Automatic Stay.

In response to the Motion and Memorandum of Law of the Secured Creditor, the Debtor respectfully asserts:

1. The Debtor has not failed to effectively manage the property, pre-petition. A manager/attorney named Mark Rubenstein was in control of the property, both as manager, and acting as Attorney for the building, and separately as an Equity Holder (as Trustee for an investment group). The allegations concerning Mr. Rubenstein are true to the knowledge of the Debtor. Robert Gibbons, however, through Gibbons Group, the day to day manager of the property, was not involved with the wrong doings of Mr. Rubenstein, whatsoever. Mr. Gibbons did not, contrary to the Secured Creditor's allegation, achieve funds for his personal use. Robert Gibbons engaged the Stone Hill Group, LLC, acting by Daniel Steinberg to manage the property, attract tenants, service the existing tenants, in an effort to maintain the building as an attractive facility for commercial tenants. That has been largely successful, despite the intrinsigence of the Secured Creditor.

2. The Debtor has obtained a Cash Collateral Order by Consent with the Secured Creditor, which terminates on December 8. It is true that the Debtor filed a Pro Se Petition in Chapter 11, and counsel was not hired until well after the initial 20 day period had expired concerning offering adequate protection to the electric company utility. Despite that, Secured Creditor had agreed that the electric company should be paid, and hence there was no prejudice.

3. The Debtor disagrees that the filing entity, Robert Gibbons of Gibbons Group, LLC did not have authority to file the Chapter 11 proceeding.

Wherefore, it is respectfully requested that the Court in all respects Deny the Motion of the Secured Creditor for Dismissal or for Relief from the Automatic Sty.

> RESPECTFULLY REQUESTED,
> THE DEBTOR IN POSSESSION,
> RESERVOIR CORPORATE GROUP, LLC
>
>
> By:  /s/ Ellery E. Plotkin
>       Ellery E. Plotkin
>       Law Offices of Ellery E. Plotkin, LLC
>       777 Summer Street, 2nd Floor
>       Stamford, CT  06901
>       Telephone: 203-325-4457
>       Ct04648

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was electronically delivered and/or mailed, first class, postage pre-paid this 3rd of December, 2009:

Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Katherine A. Burroughs
90 State House Square, 12th Floor
Hartford, CT 06103
(Attorney for CSFB 2001-CP4 RESEARCH DRIVE LLC)

Robert E. Grady
Dechert LLP
90 State House Square, 12th Floor
Hartford, CT 06103
(Attorney for CSFB 2001-CP4 RESEARCH DRIVE LLC)

Nicholas H. Mancuso
Mancuso & Logan LLC
1233 Silas Deane Highway, Suite 1
Wethersfield, CT 06109
(Attorney for CSFB 2001-CP4 RESEARCH DRIVE LLC)

David Pildis
90 State House Square, 12th Floor
Hartford, CT 06103
(Attorney for CSFB 2001-CP4 RESEARCH DRIVE LLC)

Edward N. Lerner
Lerner & Lerner
112 Prospect Street, Suite 300
Stamford, CT 06901
(Attorney for Allan and Michelle Genn)

Stephen P Brown, Esq
Wilson Elser Moskowitz Edelman Dicker
1010 Washington Boulevard
Stamford, CT 06901
(Attorney for Leggette, Brashears & Graham, Inc.)

                                                    /s/ Ellery E. Plotkin
                                                    Ellery E. Plotkin
                                                    Commissioner of the Superior Court