UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------x
In re:                                              :
                                                    :
RESERVOIR COMPANIES GROUP, LLC                      :
                                                    :    Chapter 11
           Debtor,                                  :
                                                    :    Case No. 09-51706 (ahws)
----------------------------------------------------------------x

## OBJECTION OF LEGGETTE, BRASHEARS & GRAHAM, INC. TO MOTION TO DISMISS AND FOR RELIEF FROM AUTOMATIC STAY

Leggette, Brashears & Graham, Inc. ("LBG"), by and through its counsel, Wilson, Elser, Mokowitz, Edelman & Dicker LLP, Objects to the Motion to Dismiss filed by CSFB 2001-CP4 Reserch Drive, LLC ("CSFB"), as dismissal or relief in favor of CFSB would not be in the best interests of the creditors, because bankruptcy is the appropriate mechanism to protect unsecured creditors.

A Memorandum of Law supporting this Objection is submitted herewith.

WHEREFORE, LBG resepctfully requests that the Court sustain this Objection and deny the Motion to Dismiss.

                              Respectfully submitted:

                              [signature]
                              _____
                              Stephen P. Brown, Juris No. CT19876
                              Anthony Corleto Juris No. CT 401167
                              Heather Fusco Juris No. CT 427796
                              Wilson Elser Moskowitz Edelman & Dicker LLP
                              1010 Washington Boulevard, Stamford CT 06901
                              E-mail: stephen.brown@wilsonelser.com
                              Telephone No.: (203) 388-9100
                              Facsimile No.: (203) 388-9101
                              Our File No.: 10280.00005

STDOCS01 165670v.1

## CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of January, 2010, a true and correct copy of the foregoing Objection of Leggette Brashears & Graham, Inc. to Motion to Dismiss and for Relief from Automatic Stay was served by U.S. Mail, first-class, postage pre-paid, upon the parties set forth below:

**Katherine A. Burroughs**
90 State House Square
12th Floor
Hartford, CT 06103
(860) 524-3953
860-394-4203 (fax)
katherine.burroughs@dechert.com

**CSFB 2001-CP4 RESEARCH DRIVE LLC**
*(Creditor)*

**Holley L. Claiborn**
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203) 773-2210
203-773-2217 (fax)

**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773-2210
USTPRegion02.NH.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Robert E. Grady**
Dechert LLP
90 State House Square
12th Floor
Hartford, CT 06103
(860) 524-3945
860-524-3930 (fax)
robert.grady@dechert.com

**CSFB 2001-CP4 RESEARCH DRIVE LLC**
*(Creditor)*

**Edward N. Lerner**
Lerner & Lerner
112 Prospect Street
Suite 300
Stamford, CT 06901
(203) 316-8122
203-363-7914 (fax)
enlerner@lernerandguarino.com

**Allan and Michelle Genn**
*(Creditor)*

| | |
|---|---|
| **Nicholas H. Mancuso**<br>Mancuso & Logan LLC<br>1233 Silas Deane Highway<br>Suite 1<br>Wethersfield, CT 06109<br>860-257-9500<br>860-257-9509 (fax)<br>nmancuso@mancusologan.com | **CSFB 2001-CP4 RESEARCH DRIVE LLC**<br>*(Creditor)* |
| **David Pildis**<br>90 State House Square<br>12th Floor<br>Hartford, CT 06103<br>860-524-3935<br>860-524-3930 (fax)<br>david.pildis@dechert.com | **CSFB 2001-CP4 RESEARCH DRIVE LLC**<br>*(Creditor)* |
| **Ellery E. Plotkin**<br>777 Summer Street<br>2nd Floor<br>Stamford, CT 06901<br>203 325-4457<br>203-325-4376 (fax)<br>EPlotkinJD@aol.com | **Reservoir Corporate Group, LLC**<br>211 Harbor Road<br>Southport, CT 06890 |

*/s/ Stephen Brown*

_____

Stephen P. Brown

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
In re:                                                      :
                                                            :
RESERVOIR COMPANIES GROUP, LLC                              :
                                                            :    Chapter 11
            Debtor,                                         :
                                                            :    Case No. 09-51706
(ahws)                                                      :
------------------------------------------------------------x

## ORDER SUSTAINING OBJECTION TO MOTION TO DISMISS CHAPTER 11 CASE OR IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER came before the Court upon the the Motion to Dismiss filed by CSFB 2001-CP4 Research Drive, LLC.

UPON consideration of the objection filed by the undecyured creditor LEGGETTE BRASHEARS & GRAHAM, INC., it is hereby

ORDERED that the within Objection is sustained.


So ORDERED this _____ day of _____, 2010

at Bridgeport, Connecticut


                                        _____
                                        The Honorable Judge Alan H.W. Shiff
                                        United States Bankruptcy Judge

STDOCS01 165670v.1