## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESERVOIR CORPORATE GROUP, | : | Bankruptcy Case No. 09-51706 |
| | : | |
| Debtors. | : | |

### APPLICATION TO EMPLOY SPECIAL COUNSEL
### FOR THE DEBTOR IN POSSESSION

The Application of the Debtor in possession respectfully represents:

1. Your Applicant is a Debtor in possession pursuant to 11 U.S.C §§1107 and 1108.

2. Among the assets of the Debtor's estate is a malpractice claim against Mark Rubenstein relating to conduct that occurred prior to the filing of the Debtor's bankruptcy petition. The Debtor in possession will now require counsel to litigate the malpractice case.

3. The Debtor in possession desires to retain the law firm of Coan, Lewendon, Gulliver & Miltenberger, 495 Orange Street, New Haven, Connecticut as its attorney to represent it with respect to the foregoing matter.

4. Said law firm has agreed to represent the above-captioned estate with respect to said matters on its ordinary hourly rates. The hourly rates for Timothy D. Miltenberger are $300.00 per hour, the hourly rates for Carl T. Gulliver and Richard M. Coan are $350.00 per hour. Said law firm will receive a $10,000.00 retainer from the Debtor in possession to be applied to fees billed to the estate and approved by the bankruptcy court. The Debtor in possession believes that the aforementioned fee arrangement is in the best interests of the bankruptcy estate.

1

5. The law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC has no connection with the Debtor, the creditors, or any other party in interest, or their respective attorneys and represents no interest adverse to the estate or the Debtor in possession in the matters upon which they are to be retained. Said law firm has vast experience in both bankruptcy matters and civil litigation before the Superior Court. The Debtor in possession believes that the employment of Coan, Lewendon, Gulliver & Miltenberger would be in the best interests of this estate.

WHEREFORE, the Debtor in possession prays that Coan, Lewendon, Gulliver & Miltenberger be authorized as of the date of this application to act as special counsel for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

RESERVOIR CORPORATE GROUP, LLC

By _____
Ellery E. Plotkin
777 Summer Street
2nd Floor
Stamford, CT 06901
203 325-4457
203-325-4376 (fax)
EPlotkinJD@aol.com

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESERVOIR CORPORATE GROUP, | : | Bankruptcy Case No. 09-51706 |
| | : | |
| Debtors. | : | |

### AFFIDAVIT

I, Timothy D. Miltenberger, being duly sworn, depose and say:

1. I am a partner in the law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC and the members of our firm are duly admitted to practice before this Court. Our firm's address is 495 Orange Street, New Haven, Connecticut 06511.

2. I am making this Affidavit in connection with the Application to Employ Special Counsel for the Debtor in Possession which the Debtor has filed in connection with this case.

3. My firm is willing to undertake the representation of the Debtor in possession for the purposes set forth in the aforesaid Application and upon the terms and conditions set forth therein.

4. The members of our law firm have no connection with the debtors, the creditors, or any other party in interest, or their respective attorneys, and represent no interest adverse to the Debtor in connection with this matter.

5. The normal hourly rates for members of our firm range from $300 per hour to $350 per hour. Our normal hourly rates change from time to time.

6. Attached hereto is a copy of the declaration page of our professional liability policy, which policy is presently in force.

Dated at New Haven, Connecticut this date, April 27, 2010.

_____
Timothy D. Miltenberger

Subscribed and sworn to before me this date, April 27, 2010.

_____
Keistine Anderson
Notary Public
Commission Expires: 1-31-2012



Liberty Insurance Underwriters, Inc.
55 Water Street, 18th Floor
New York, NY 10041
212-208-4100

LIU 3001 Ed. 04 02

## LIBERTY INSURANCE UNDERWRITERS, INC. (The Liberty Mutual Group)

# LAWYERS PROFESSIONAL LIABILITY POLICY

### DECLARATIONS

**NOTICE: THIS IS A CLAIMS MADE AND REPORTED POLICY. THIS POLICY COVERS ONLY CLAIMS FIRST MADE DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD, IF APPLICABLE, AND REPORTED DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD, IF APPLICABLE, AND OTHERWISE COVERED BY THIS INSURANCE. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.**

**POLICY NUMBER:** LPA296075-019       **RENEWAL OF:** LPA296075-018

**PRODUCER AND ADDRESS:**  AIS Affinity Insurance Agency of New England, Inc.
One Federal Street, 20th Floor
Boston, MA 02110-2012

**NAMED INSURED AND ADDRESS:**  Coan, Lewendon, Gulliver &
Miltenberger, LLC
495 Orange Street
New Haven, CT  06511-3809

The Named Insured is:
___ Individual         ___ Partnership
___ Corporation        ___ Limited Liability Partnership
_X_ Limited Liability Corporation    ___ Other

**POLICY PERIOD:** From: 10/01/2009    To: 10/01/2010
(12:01 A.M. at the Named Insured's address set forth above)

**LIMIT OF LIABILITY:**  $2,000,000    Each Claim
$2,000,000    Aggregate

**DEDUCTIBLE:** $10,000    Each Claim

**PREMIUM:** $10,594.00

**ENDORSEMENTS FORMING PART OF THIS POLICY AT ISSUANCE:**
LIU3000 (04/02)   LIU3034 (04/03)
LIU3013 (04/02)   LIU3022 (04/02)

This Declarations page, together with the Application, the attached Lawyers Professional Liability Insurance Policy, and all endorsements thereto, shall constitute the contract between Liberty Insurance Underwriters, Inc. and the Named Insured identified above. This policy is valid only if signed below by a duly authorized representative of Liberty Insurance Underwriters, Inc.

_____        August 31, 2009
Authorized Representative               Issue Date